

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00002-CV
_____

IN THE INTEREST OF J.R. AKA J.R., A CHILD

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2016-2373-CCL2

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The appellant, Dimitri Reynoso, has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:    March 21, 2018
Date Decided:     March 22, 2018